MARY B. FELTER, Respondent, v. DAVID SHACKNOW and Others, Defendants, and EDGAR H. HAZELWOOD, Appellant.— In an action to foreclose a mortgage the plaintiff joined defendant Hazelwood on an alleged written guaranty of pay-ment of the principal and interest. He moved to dismiss the complaint on the ground that it did not as to him state facts sufficient to constitute a cause of action. This defendant is an attorney and the writing is in his own language. We con-strue it on its face as a guaranty of payment and not of collection. It may contain a limitation as to the period of the guaranty as existing only as long as the relation of attorney and client existed, depending upon circumstances not now disclosed. We do not pass on that question. The complaint on its face states a cause of action against this defendant. Order denying motion to dis-miss the complaint affirmed, with ten dollars costs and disbursements, with leave to defendant Hazelwood to answer within ten days from the entry of the order hereon. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

FRANCES HOWARD and CHARLES HOWARD, Respondents, v. STATEN ISLAND COACH COMPANY, INC., Appellant.— Motion by plaintiffs for a preference of the trial of this negligence action on the ground of destitution. Order granting reargument and on reargument preferring the case for the April, 1936, term of the Richmond County Supreme Court affirmed, with fifty dollars costs and disburse-ments. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.